UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

Dov Eisenberger, individually and on behalf of all others similarly situated,

Civil Action No: 7:21-cv-866

Plaintiff,

-v.-

Financial Recovery Services, Inc., Cavalry SPV I, LLC and John Does 1-25,

Defendant(s).

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for this case during said sixty (60) day period.

DATED, this 5th day of March, 2021

*/s/Raphael Deutsch*
Raphael Deutsch
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Ph: 201-282-6500
rdeutsch@steinsakslegal.com

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 5, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         */s/ Raphael Deutsch*
                                         Raphael Deutsch, Esq.